EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                 | 2011 TSPR 123    |
|----------------------------------------------------------------------------------------|------------------|
| Medidas Judiciales para atender emergencias causadas por la tormenta tropical Irene     | 182 DPR ____     |

Número del Caso: EM-2011-07

Fecha: 21 de agosto de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por la tormenta tropical          EM-2011-7
Irene



RESOLUCIÓN


San Juan, Puerto Rico, a 21 de agosto de 2011.


El Servicio Nacional de Meteorología emitió en el día de hoy un aviso para Puerto Rico de la Tormenta Tropical Irene. En vista de ello y salvaguardando la seguridad de los empleados, funcionarios y la ciudadanía que acude a los Tribunales, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías y de los Tribunales durante todo el día 22 de agosto de 2011, con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 22 de agosto de 2011, como si fuera un día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable, 23 de agosto de 2011.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo